UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.  8:25cr70-WFJ-CPT

FRANK JUDE PETRONE, SR.                                18 U.S.C. § 933
                                                      (Firearms Trafficking)

                                                      18 U.S.C. § 922(d)(1)
                                                      (Sale of Firearms and
                                                      Ammunition to Felon)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Firearms Trafficking)

FEB 13 2025 PM4:40
FILED - USDC - FLMD - TPA

From at least on or about October 17, 2024, up to and including on or about January 28, 2025, in the Middle District of Florida, the defendant,

FRANK JUDE PETRONE, SR.,

did transport, transfer, cause to be transported, and otherwise disposed of a firearm, including: (1) a Taurus International, Model 605 Poly Protector revolver, chambered in .357, with serial number AEK736227; (2) a Sig Sauer, Model M18 semi-automatic pistol, chambered in 9mm, with serial number TC523392; (3) a Trabzon Gun Industry Corp., Model 1911A1 semi-automatic pistol, chambered in .45 auto, with serial number T0620-24Z17780; and (4) a CZ Scorpion 3 Plus, chambered in 9mm, with serial number ZS025471, to Felon-1, in and affecting interstate and foreign

commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by Felon-1 would constitute a felony.

In violation of 18 U.S.C. §§ 933(a)(1) and 933(b).

## COUNT TWO
### (Sale of Firearm and Ammunition to Felon)

On or about October 17, 2024, in the Middle District of Florida, the defendant,

### FRANK JUDE PETRONE, SR.,

knowingly sold a firearm and ammunition, that is, a Taurus International, Model 605 Poly Protector revolver, chambered in .357, with serial number AEK736227, five rounds of Speer brand .357 ammunition, and five rounds of G.F.L. brand .357 ammunition, to Felon-1, knowing and having reasonable cause to believe that Felon-1 had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of 18 U.S.C. §§ 922(d)(1) and 924(a)(8).

## COUNT THREE
### (Sale of Firearm and Ammunition to Felon)

On or about November 8, 2024, in the Middle District of Florida, the defendant,

### FRANK JUDE PETRONE, SR.,

knowingly sold a firearm and ammunition, that is, a Sig Sauer, Model M18 semi-automatic pistol, chambered in 9mm, with serial number TC523392, and 57 rounds of Pilgrim 9mm hollow point ammunition, to Felon-1, knowing and having

2

reasonable cause to believe that Felon-1 had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of 18 U.S.C. §§ 922(d)(1) and 924(a)(8).

## COUNT FOUR
### (Sale of Firearm and Ammunition to Felon)

On or about January 2, 2025, in the Middle District of Florida, the defendant,

FRANK JUDE PETRONE, SR.,

knowingly sold a firearm and ammunition, that is, a Trabzon Gun Industry Corp., Model 1911A1 semi-automatic pistol, chambered in .45 auto, with serial number T0620-24Z17780, and fifty rounds of CBC brand .45 auto ammunition, to Felon-1, knowing and having reasonable cause to believe that Felon-1 had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of 18 U.S.C. §§ 922(d)(1) and 924(a)(8).

## COUNT FIVE
### (Sale of Firearm and Ammunition to Felon)

On or about January 28, 2025, in the Middle District of Florida, the defendant,

FRANK JUDE PETRONE, SR.,

knowingly sold a firearm and ammunition, that is, a CZ Scorpion 3 Plus, chambered in 9mm, with serial number ZS025471, eighteen rounds of G.F.L. brand 9mm ammunition, one round of NEWREP brand 9mm ammunition, one round of FC brand 9mm ammunition, one round of WMA brand ammunition 9mm, one round of MXT brand 9mm ammunition, one round of CBC brand 9mm ammunition, three

3

rounds of Winchester brand ammunition, one round PMC brand 9mm ammunition, and two rounds of RP G brand 9mm ammunition, to Felon-1, knowing and having reasonable cause to believe that Felon-1 had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of 18 U.S.C. §§ 922(d)(1) and 924(a)(8).

## FORFEITURE

1.      The allegations contained in Counts One through Five are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 924(d) and 934, and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 933(a)(1), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 934, any proceeds obtained, directly or indirectly, as a result of the offense, as well as any property used, or intended to be used, to facilitate the commission of such violation, and, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of the offense.

3.      The assets to be forfeited include, but are not limited to: (1) Taurus International, Model 605 Poly Protector revolver, chambered in .357, with serial number AEK736227; (2) Sig Sauer, Model M18 semi-automatic pistol, chambered in 9mm, with serial number TC523392; (3) a Trabzon Gun Industry Corp., Model 1911A1 semi-automatic pistol, chambered in .45 auto, with serial number T0620-24Z17780; and (4) a CZ Scorpion 3 Plus, chambered in 9mm, with serial number ZS025471, and their accompanying ammunition.

4

4.    If any of the property described above, as a result of any act or omission

of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Adam W. McCall
Assistant United States Attorney

By: _____
Daniel Baeza
Assistant United States Attorney
Chief, Transnational Organized Crime Section

5

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## FRANK JUDE PETRONE, SR.

### INDICTMENT

Violations: 18 U.S.C. § 933 and 18 U.S.C. § 922(d)(1)

A true bill,

███████████████████

Foreperson

Filed in open court this 13th day

of February 2025.

_____
Clerk

Bail $_____