UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:25-cr-70-WFJ-CPT

FRANK JUDE PETRONE, SR.

### JOINT STATUS REPORT – AUGUST 2025

The United States of America, having conferred with counsel for the above-named defendant, files with this Court, pursuant to this Court's order, the following status report.

1.    **Brief summary of the case's status:**

The defendant is charged by indictment in Count One for violating 18 U.S.C. §§ 933(a)(1) and 933(b) (Firearms Trafficking) and in Counts Two, Three, Four, and Five for violating 18 USC §§ 922(d)(1) and 924 (a)(8) (Sale of a Firearm and Ammunition to a Felon).

2.    **Possibility of a plea agreement as to the defendant:**

The defendant intends to plead guilty (open) on August 26, 2025.

3.    **Number of days required for trial:**

If this case was to proceed to trial, the United States will likely require one-to-two days to present its case-in-chief.

4.      **<u>Pending motions, dates on which they were filed, and whether they
are ripe for determination:</u>**

As of this writing, there are no motions pending.

5.      **<u>Potential speedy trial problems:</u>**

There are no speedy trial problems in this case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:     */s/ David J. Pardo*
        David J. Pardo
        Assistant United States Attorney
        Florida Bar No. 61284
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        E-mail: David.Pardo@usdoj.gov

2

**U.S. v. Petrone, Sr.**                                    **CASE NO. 8:25-cr-70-WFJ-CPT**

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2025, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, which will send a notice

of electronic filing to the following:

Defense Counsel of Record


By:     */s/ David J. Pardo*
         David J. Pardo
         Assistant United States Attorney
         Florida Bar No. 61284
         400 N. Tampa St., Ste. 3200
         Tampa, FL 33602-4798
         Telephone: (813) 274-6000
         E-mail: David.Pardo@usdoj.gov

3