**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:25-cr-70-WFJ-CPT | DATE: April 3, 2026 | |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | **INTERPRETER:** N/A | |
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**FRANK JUDE PETRONE, SR.,** | **GOVERNMENT COUNSEL**<br>Adam McCall, AUSA | |
| | **DEFENSE COUNSEL**<br>Ryan Maguire, AFPD | |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** | Gabriella Lobaina |
| **TIME:** 11:32 AM – 12:16 PM<br>**TOTAL:** 44 Minutes | **COURTROOM:** | 15B |
| | **PROBATION:** | Daia Jung covering for Kaleena Roy |

**PROCEEDINGS:       SENTENCING**

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Count One through Five of the Indictment.

Statements made by counsel. Defendant made allocution to the Court.

**Imprisonment:  THIRTY-SEVEN (37) MONTHS.** This term consists of a 37-month term as to Counts 1, 2, 3, 4, and 5, all such terms to run concurrently.

The Court recommends to the Bureau of Prisons:
- Confinement at FCI Coleman located in Florida. Please review medical status as it relates to defendant's placement.

**Supervised Release: THREE (3) YEARS.** This term consists of a 3-year term each as to Counts 1, 2, 3, 4, and 5, all such terms to run concurrently

**Fine: $2,500. Special Assessment: $500.00,** to be paid immediately.

While on Supervised Release, the defendant shall comply with the mandatory and standard conditions adopted by the Court in the Middle District of Florida. In addition, the defendant shall comply with the following special conditions:
1. You shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by

    the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, you are directed to submit to random drug testing.

2.   You shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

3.   You shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. You shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

4.   You shall provide the probation officer access to any requested financial information.

Having been convicted of a qualifying felony, you must cooperate in the collection of DNA as directed by the probation officer.

You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. You must submit to random drug testing not to exceed 104 tests per year.

The Defendant may voluntarily surrender at the institution designated by the Bureau of Prisons. The Defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.

Defendant advised of right to appeal and of right to counsel on appeal.

Court adjourned.